ACCEPTED
04-14-00527-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/9/2015 11:23:08 AM
KEITH HOTTLE
CLERK

No. 04-14-00527-CV

Court of Appeals, Fourth District
San Antonio, Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

01/9/2015 11:23:08 AM

KEITH E. HOTTLE
Clerk

Anna Maria Salinas Saenz, *et al.*

*Appellants*

vs.

Thorp Petroleum Corp., *et al.*

*Appellees*

Appeal from the 229th Judicial District Court
Starr County, Texas
No. DC-04-120

# FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLEES

**J. Joseph Vale** (jvale@atlashall.com)
State Bar No. 24084003
**O.C. Hamilton, Jr.** (och@atlashall.com)
State Bar No. 08847000
**ATLAS, HALL & RODRIGUEZ, LLP**
818 Pecan/P.O. Box 3725
McAllen, Texas 78501
(956) 682-5501 (phone)
(956) 686-6109 (facsimile)

Attorneys for Appellees Rosalinda Salinas Balderas; Fausto Salinas; Elda Salinas Ponce; D-Fox, Ltd.; Elodia Salinas; Linda Mandes; Veronica Casas Campbell; and Cynthia M. Villarreal, f/k/a Cindy Casas Reyna.

January 9, 2015

**TO THE HONORABLE COURT OF APPEALS:**

The Balderas defendants[1] file this First Unopposed Motion for Extension of Time to File Brief of Appellees, which seeks an additional thirty (30) days for the Balderas defendants to file their appellate brief. The current deadline is Friday, January 16, 2015. Because a thirty-day extension would make the brief due on a weekend, the Balderas defendants are requesting that the Court extend the Balderas defendants' time to file their Brief of Appellees until and including **Monday, February 16, 2015**. The Balderas defendants would respectfully show the following:

## I.    Background

After the Court granted the appellants two thirty-day extensions, the appellants timely filed their Brief of Appellants on December 17, 2014. As a result, the Brief of Appellees is currently due on Friday, January 16, 2015.

## II.    Reason for Extension

The Balderas defendants' appellate counsel has several unavoidable conflicts which have required significant work between the date of the filing of the Brief of Appellant and the current due date for the Brief of Appellee. Some of those conflicts include the following:

---

[1] Rosalinda Salinas Balderas; Fausto Salinas; Elda Salinas Ponce; D-Fox, Ltd.; Elodia Salinas; Linda Mandes; Veronica Casas Campbell; and Cynthia M. Villarreal, f/k/a Cindy Casas Reyna.

2

- Brief of Appellee due on January 5, 2015 in *Garcia v. Garcia*, No. 04-14-00561-CV, Court of Appeals for the Fourth District, San Antonio, Texas. Filed December 22, 2014.

- Prepare for oral argument on January 20, 2015 in *Gonzalez v. Pena*, No. 04-14-00048-CV, Court of Appeals for the Fourth District, San Antonio, Texas.

- Brief of Appellant due on January 19, 2015 in *In re Estate of Pursley*, No. 13-14-00667-CV, Court of Appeals for the Thirteenth District, Corpus Christi, Texas. An extension is also being requested in this appeal.

## III.    Request for Extension

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), the Balderas defendants seek an extension of thirty (30) days in which to file their brief. Since such an extension would result in the brief being due on a weekend, the Balderas defendants request that the Court extend the briefing deadline to February 16, 2015. An extension of time for filing the brief is sought so that justice may be done in the disposition of this appeal, not for the purpose of delay.

## IV.    Certificate of Conference

Pursuant to Texas Rule of Appellate Procedure 10.1(a)(5), counsel for the Balderas defendants, J. Joseph Vale, conferred with David George, counsel for the appellants. Mr. George stated that he does not oppose the requested extension of time in which to file the Brief of Appellees.

## V. Conclusion and Request for Relief

The Balderas defendants pray that the Court grant this Motion for Extension of Time and extend the time for the Balderas defendants to file their Brief of Appellees until and including **February 16, 2015**.

Respectfully submitted,

/s/ J. Joseph Vale

**J. Joseph Vale**
State Bar No. 24084003
jvale@atlashall.com
**O.C. Hamilton, Jr.**
State Bar No. 08847000
och@atlashall.com
**ATLAS, HALL & RODRIGUEZ, LLP**
818 Pecan/P.O. Box 3725
McAllen, Texas 78501
(956) 682-5501 (phone)
(956) 686-6109 (facsimile)

## Certificate of Service

I certify that the foregoing document was electronically filed with the Clerk of the Court using the electronic case filing system of the Court. I also certify that a true and correct copy of the foregoing was served on all counsel of record on January 9, 2015, as follows:

| Recipient: | Attorney for: | Served by: |
|---|---|---|
| David George (dgeorge@connellybaker.com) **CONNELLY BAKER WOTRING LLP** 700 JPMorgan Chase Tower 600 Travis Street Houston, Texas 77002 Fax: 713-980-1701 *and* Roger S. Braugh, Jr. (rbraugh@swbtrial.com) **SICO, WHITE, HOELSCHER, HARRIS & BRAUGH, LLP** 900 Frost Bank Plaza 802 N. Carancahua, Suite 900 Corpus Christi, Texas 78470 Fax: 361-653-3333 *and* John T. Flood (john@floodandflood.com) **FLOOD & FLOOD** 802 N. Carancahua, Suite 900 Corpus Christi, Texas 78401 Fax: 361-654-8879 | Plaintiffs/appellants Anna Maria Salinas Saenz; Joel Saenz; Hermelinda Benavides; Leoncio Salinas; Romulo Benavides III; Reynaldo Garcia; Simon Ramon, Jr.; Gumecinda Ramon; Jacinto A. Garcia, Sr.; Diana E. Conde; Minerva Castillo; Josue Garcia; Blanca Estella Garza; Aroldo Garcia; Mary Elisa Garcia, Leticia Garcia-de La Paz, and Lizette A. Garcia, individually and as heirs and representatives of the Estate of Guillermo Garcia, Jr., deceased; Aurora Garcia Martinez; Aida Martinez; Francisco Martinez; Luisa M. Ruiz; Josue Eliab | Electronically if available, or by facsimile |

5

| | Garcia, Sr.; Thelma Benavides Aguilar; and Irma Benavides Cerda | |
|---|---|---|
| **Juan J. Hinojosa** (jjhinojosa@bizrgv.rr.com) 612 W. Nolana Loop, Ste. 410 McAllen, Texas 78504 Fax: 956-686-8462 | Defendant/appellee Arturo Salinas | Electronically if available, or by facsimile |
| C. Frank Wood (fwood@swjz.com) **SANCHEZ, WHITTINGTON, ZABARTE & WOOD, LLC** 3505 Boca Chica Blvd., Ste. 100 Brownsville, Texas 78521 Fax: 956-546-3765 | Defendants/appellees Ruben Garcia; Joel Garcia, Sr.; Estela Garcia Espinoza; Omero Garcia, Jr.; Anabelle Garcia Saldivar; Anelita Garcia Falcon; Ramiro S. Garcia; Maria Ella Garcia; Abel Garcia; Martin Garcia; Eduardo Garcia; Alfonso Garcia, Jr.; Inez Garcia Ramirez; Irene Garcia Rodriguez; Dora Elia Salinas Kochich; Alicia Minerva Salinas Cantu; Eustacio Flores; Eloy Garcia, Jr.; Graciela G. Gonzalez; Manuel Garcia; Rosa Anna Garcia; Orfalina Garcia; Oscar Daniel Garcia; Hilda Irma G. Romo; Rosa Anna S. Solis; Emma Salinas; | Electronically if available, or by facsimile |

6

| | Maria Guadalupe S. Garza; Arturo Salinas; Irene Salinas Flores; Juan Manuel Salinas, Jr.; Victoria Salinas; and Sergio Ramon Salinas | |
|---|---|---|
| Jose Luis Flores (joe@jlfloreslawfirm.com) **LAW OFFICE OF JOSE LUIS FLORES** 1111 W. Nolana McAllen, Texas 78504 Fax: 956-682-3838 | Defendants/appellees Eleodora Salinas Del Real; Dalia Salinas; and Jose Manuel Flores | Electronically if available, or by facsimile |
| Daniel T. Robles (noemi@dan-robles.com) **SOLIS & ROBLES, L.L.C.** Westoria Bldg., 1st Floor 420 S. "F" Street Harlingen, TX 78550 Fax: 956-444-0217 | Defendant/appellee Oscar Garcia, Jr. | Electronically if available, or by facsimile |
| Lee S. Gill (gill@jonesgill.com) **JONES GILL, L.L.P.** 6363 Woodway, Suite 1100 Houston, Texas 77057 Fax: 713-651-0716 | Defendants/appellees Thorp Petroleum Corporation; Stanco Land Management, LLC; Meredith Land & Minerals, Co.; El Paso Production Company; El Paso E&P Company, LP; el Paso Exploration & Production Management, Inc.; and El Paso Exploration & Production | Electronically if available, or by facsimile |
| Mark Hanna (mhanna@scottdoug.com) **SCOTT, DOUGLASS & McCONNICO, LLP** | Defendant/appellee Smith Production Inc. | Electronically if available, or by facsimile |

| | | |
|---|---|---|
| 600 Congress Avenue, Suite 1500<br>Austin, Texas 78701<br>Fax: 512-474-0731 | | |
| Ricardo L. Salinas<br>(rsalinaslaw@yahoo.com)<br>**SALINAS/FLORES**<br>2011 N. Conway<br>Mission, Texas 78572<br>Fax: 956-580-9688 | Defendant/appellee<br>Ricardo Salinas | Electronically if available, or by facsimile |
| Rene A. Flores<br>(rene.flores@yahoo.com)<br>**THE LAW OFFICE OF RENE A. FLORES**<br>2724 W. Canton Road<br>Edinburg, Texas 78539 | Defendants/appellees<br>Alida Salinas Hernandez, Arnaldo Salinas, Alma Salinas Munoz, Adelaida Salinas, Aida Salinas Flores, Guadalupe Salinas, Maria Ester Salinas Cantu, and Maria del Carmen Zamora | Electronically if available, or by certified mail |
| Rolando Cantu<br>**ROLANDO CANTU & ASSOCIATES, P.L.L.C.**<br>9805 N. 10th Street<br>McAllen, Texas 78504<br>Fax: 956-687-6125 | Defendant/appellee<br>Alicia Salinas | Facsimile |

/s/ J. Joseph Vale
J. Joseph Vale